# <u>EXHIBIT 2</u>

US009814915B2

(12) **United States Patent**
    Moore

(10) **Patent No.:   US 9,814,915 B2**
(45) **Date of Patent:      Nov. 14, 2017**

(54) **QUINT CONFIGURATION FIRE APPARATUS**

(71) Applicant: **Oshkosh Corporation**, Oshkosh, WI (US)

(72) Inventor: **Michael R. Moore**, New London, WI (US)

(73) Assignee: **Oshkosh Corporation**, Oshkosh, WI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/460,901**

(22) Filed: **Mar. 16, 2017**

(65) **Prior Publication Data**
    US 2017/0182340 A1    Jun. 29, 2017

**Related U.S. Application Data**

(63) Continuation of application No. 15/351,417, filed on Nov. 14, 2016, now Pat. No. 9,597,536, which is a continuation of application No. 14/552,252, filed on Nov. 24, 2014, now Pat. No. 9,504,863.

(51) **Int. Cl.**
    *A62C 27/00*     (2006.01)
    *E06C 5/04*      (2006.01)
    *E06C 5/38*      (2006.01)
    *B60B 35/00*     (2006.01)
    *B60G 11/10*     (2006.01)
    (Continued)

(52) **U.S. Cl.**
    CPC .............. *A62C 27/00* (2013.01); *B60B 35/00* (2013.01); *B60B 35/004* (2013.01); *B60G 11/02* (2013.01); *B60G 11/10* (2013.01); *B60G 11/27* (2013.01); *E06C 5/04* (2013.01); *E06C 5/38* (2013.01)

(58) **Field of Classification Search**
    CPC ............ A62C 27/00; A62C 13/78; A62C 3/07

USPC ...................................................... 169/51–54
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,614,743 A    10/1952   Arps
3,346,052 A    10/1967   Moore et al.
3,550,146 A    12/1970   Eberle
        (Continued)

FOREIGN PATENT DOCUMENTS

CN         203050481        7/2013
DE      36 40 944 A1        6/1988
        (Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 08/046,623, filed Apr. 14, 1993, Schmitz et al.
        (Continued)

*Primary Examiner* — Arthur O Hall
*Assistant Examiner* — Adam J Rogers
(74) *Attorney, Agent, or Firm* — Foley & Lardner LLP

(57) **ABSTRACT**

A quint configuration fire apparatus includes a chassis, a body assembly coupled to the chassis and having a storage area configured to receive a ground ladder and a fire hose, a pump coupled to the chassis, a water tank coupled to the chassis, a ladder assembly including a plurality of extensible ladder sections, the ladder assembly having a proximal end that is coupled to the chassis, a single front axle coupled to a front end of the chassis, and a single rear axle coupled to a rear end of the chassis. The center of gravity of at least one of the chassis, the body assembly, the pump, and the water tank are positioned to counterbalance a moment generated by the tip load with the ladder assembly extended to the horizontal reach of at least 90 feet.

**20 Claims, 20 Drawing Sheets**





# US 9,814,915 B2
Page 2

(51) **Int. Cl.**
**B60G 11/02** (2006.01)
**B60G 11/27** (2006.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,675,721 | A | 7/1972 | Davidson et al. |
| 3,770,062 | A | 11/1973 | Riggs |
| 3,789,869 | A | 2/1974 | Morris |
| 4,094,381 | A | 6/1978 | Wilkerson |
| 4,317,504 | A | 3/1982 | Artaud et al. |
| 4,410,045 | A | 10/1983 | Whitman |
| 4,556,200 | A | 12/1985 | Shoemaker |
| 4,570,973 | A | 2/1986 | Ewers et al. |
| 4,852,690 | A | 8/1989 | Salmi |
| 4,998,982 | A | 3/1991 | Arnold et al. |
| 5,368,317 | A | 11/1994 | McCombs et al. |
| 5,389,031 | A | 2/1995 | Sharpe et al. |
| 5,538,274 | A | 7/1996 | Schmitz et al. |
| 5,820,150 | A | 10/1998 | Archer et al. |
| 5,897,123 | A | 4/1999 | Cherney et al. |
| 6,006,841 | A | 12/1999 | Hunke |
| 6,105,984 | A | 8/2000 | Schmitz et al. |
| 6,193,007 | B1 | 2/2001 | Lie |
| 6,421,593 | B1 | 7/2002 | Kempen et al. |
| 6,516,914 | B1 | 2/2003 | Andersen et al. |
| 6,520,494 | B1 | 2/2003 | Andersen et al. |
| 6,553,290 | B1 | 4/2003 | Pillar |
| 6,561,718 | B1 | 5/2003 | Archer et al. |
| 6,598,702 | B1 | 7/2003 | McGillewie et al. |
| 6,755,258 | B1 | 6/2004 | Hunke et al. |
| 6,757,597 | B2 | 6/2004 | Yakes et al. |
| 6,764,085 | B1 | 7/2004 | Anderson |
| 6,811,161 | B1 | 11/2004 | Anderson |
| 6,860,332 | B1 | 3/2005 | Archer et al. |
| 6,882,917 | B2 | 4/2005 | Pillar et al. |
| 6,883,815 | B2 | 4/2005 | Archer |
| 6,885,920 | B2 | 4/2005 | Yakes et al. |
| 6,909,944 | B2 | 6/2005 | Pillar et al. |
| 6,922,615 | B2 | 7/2005 | Pillar et al. |
| 6,973,768 | B2 | 12/2005 | Samejima et al. |
| 6,976,688 | B2 | 12/2005 | Archer et al. |
| 6,993,421 | B2 | 1/2006 | Pillar et al. |
| 7,006,902 | B2 | 2/2006 | Archer et al. |
| 7,024,296 | B2 | 4/2006 | Squires et al. |
| 7,055,880 | B2 | 6/2006 | Archer |
| 7,072,745 | B2 | 7/2006 | Pillar et al. |
| 7,100,741 | B2 | 9/2006 | Wissler et al. |
| 7,107,129 | B2 | 9/2006 | Rowe et al. |
| 7,127,331 | B2 | 10/2006 | Pillar et al. |
| 7,162,332 | B2 | 1/2007 | Pillar et al. |
| 7,164,977 | B2 | 1/2007 | Yakes et al. |
| 7,184,862 | B2 | 2/2007 | Pillar et al. |
| 7,184,866 | B2 | 2/2007 | Squires et al. |
| 7,201,255 | B1 | 4/2007 | Kreikemeier |
| 7,234,534 | B2 | 6/2007 | Froland et al. |
| 7,254,468 | B2 | 8/2007 | Pillar et al. |
| 7,274,976 | B2 | 9/2007 | Rowe et al. |
| 7,277,782 | B2 | 10/2007 | Yakes et al. |
| 7,302,320 | B2 | 11/2007 | Nasr et al. |
| 7,308,968 | B2 | 12/2007 | Denison |
| 7,331,586 | B2 | 2/2008 | Trinkner et al. |
| 7,379,797 | B2 | 5/2008 | Nasr et al. |
| 7,387,348 | B2 | 6/2008 | Archer et al. |
| 7,389,826 | B2 | 6/2008 | Linsmeier et al. |
| 7,392,122 | B2 | 6/2008 | Pillar et al. |
| 7,412,307 | B2 | 8/2008 | Pillar et al. |
| 7,439,711 | B2 | 10/2008 | Bolton |
| 7,451,028 | B2 | 11/2008 | Pillar et al. |
| 7,522,979 | B2 | 4/2009 | Pillar |
| 7,555,369 | B2 | 6/2009 | Pillar et al. |
| 7,689,332 | B2 | 3/2010 | Yakes et al. |
| 7,711,460 | B2 | 5/2010 | Yakes et al. |
| 7,715,962 | B2 | 5/2010 | Rowe et al. |
| 7,725,225 | B2 | 5/2010 | Pillar et al. |
| 7,729,831 | B2 | 6/2010 | Pillar et al. |
| 7,756,621 | B2 | 7/2010 | Pillar et al. |
| 7,784,554 | B2 | 8/2010 | Grady et al. |
| 7,792,618 | B2 | 9/2010 | Quigley et al. |
| 7,792,949 | B2 | 9/2010 | Tewari et al. |
| 7,835,838 | B2 | 11/2010 | Pillar et al. |
| 7,848,857 | B2 | 12/2010 | Nasr et al. |
| 7,874,373 | B2 | 1/2011 | Morrow et al. |
| 8,000,850 | B2 | 8/2011 | Nasr et al. |
| 8,095,247 | B2 | 1/2012 | Pillar et al. |
| 8,201,656 | B2 | 6/2012 | Archer et al. |
| 8,215,241 | B2 | 7/2012 | Garneau et al. |
| 8,376,719 | B2 | 2/2013 | Grady et al. |
| 8,413,764 | B1 | 4/2013 | Cohen et al. |
| 8,739,892 | B2 | 6/2014 | Moore et al. |
| 8,839,902 | B1 | 9/2014 | Archer et al. |
| 2002/0117345 | A1 | 8/2002 | Sztykiel et al. |
| 2003/0158635 | A1 | 8/2003 | Pillar et al. |
| 2003/0195680 | A1 | 10/2003 | Pillar |
| 2004/0133319 | A1 | 7/2004 | Pillar et al. |
| 2004/0155426 | A1 | 8/2004 | Wen et al. |
| 2005/0234622 | A1 | 10/2005 | Pillar et al. |
| 2005/0236226 | A1 | 10/2005 | Salmi et al. |
| 2005/0247524 | A1 | 11/2005 | Wissler et al. |
| 2006/0021764 | A1 | 2/2006 | Archer et al. |
| 2006/0022001 | A1 | 2/2006 | Linsmeier et al. |
| 2006/0032701 | A1 | 2/2006 | Linsmeier et al. |
| 2006/0032702 | A1 | 2/2006 | Linsmeier et al. |
| 2006/0070845 | A1 | 4/2006 | Crookston |
| 2006/0086566 | A1 | 4/2006 | Linsmeier et al. |
| 2006/0213672 | A1 | 9/2006 | Mohr |
| 2007/0205053 | A1 | 9/2007 | Isham et al. |
| 2007/0256842 | A1 | 11/2007 | Mohr |
| 2007/0284156 | A1 | 12/2007 | Grady et al. |
| 2008/0059030 | A1 | 3/2008 | Quigley et al. |
| 2008/0099212 | A1 | 5/2008 | Do |
| 2008/0103651 | A1 | 5/2008 | Pillar et al. |
| 2008/0215700 | A1 | 9/2008 | Pillar et al. |
| 2008/0271901 | A1 | 11/2008 | Decker |
| 2009/0101436 | A1 | 4/2009 | Burman et al. |
| 2009/0218108 | A1 | 9/2009 | Cano |
| 2010/0200328 | A1 | 8/2010 | Savard et al. |
| 2012/0193109 | A1 | 8/2012 | Moore et al. |
| 2014/0048353 | A1 | 2/2014 | Ellis |
| 2014/0238704 | A1 | 8/2014 | Moore et al. |
| 2014/0334169 | A1 | 11/2014 | Ewert |
| 2015/0096835 | A1 | 4/2015 | Hong et al. |
| 2015/0120152 | A1 | 4/2015 | Lauterjung et al. |
| 2015/0273252 | A1 | 10/2015 | Lenz et al. |
| 2015/0273253 | A1 | 10/2015 | Lenz et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 244 668 | 11/1987 |
| JP | H11-239625 | 9/1999 |
| JP | 2008-297701 | 12/2008 |
| KR | 20110040306 | 4/2011 |
| KR | 101297477 | 8/2013 |

OTHER PUBLICATIONS

U.S. Appl. No. 09/123,804, filed Jul. 28, 1998, Archer et al.
U.S. Appl. No. 09/364,690, filed Jul. 30, 1999, Kempen et al.
U.S. Appl. No. 10/171,075, filed Jun. 13, 2002, Archer et al.
U.S. Appl. No. 29/162,282, filed Jun. 13, 2002, Archer et al.
U.S. Appl. No. 29/162,344, filed Jun. 13, 2002, Archer et al.
Anonymous, "New truck for Lincolnshire-Riverwoods," Chicago Area Fire Departments. Dec. 6, 2010, Retrieved from the Internet at http://chicagoareafire.com/blog/2010/12/06/ on Jan. 26, 2016, 5 pages as printed.
Anonymous, "Problems with single axle aerial trucks," Firehouse, Dec. 2, 2009, Retrieved from the Internet at http://www.firehouse.com/forums/t111822/ on Jan. 25, 2016, 15 pages as printed.
Anonymous, "Raptor Aerials," Rosenbauer, Oct. 2, 2014, Retrieved from the Internet at https://web.archive.org/web/20141002023939/ http://rosenbaueramerica.com/media/documents/pdf/raptor__eng. pdf on Jan. 25, 2016. 6 pages as printed.

# US 9,814,915 B2

Page 3

(56)          **References Cited**

OTHER PUBLICATIONS

Anonymous, "Viper Aerials," Rosenbauer, Oct. 2, 2014, Retrieved from the Internet at https://web.archive.org/web/20141002023939/http://rosenbaueramerica.com/media/documents/pdf/viper_eng.pdf on Jan. 25, 2016, 8 pages as printed.

International Search Report and Written Opinion for PCT Application No. PCT/US2015/059984, dated Feb. 10, 2016, 11 pages.

International Search Report and Written Opinion for PCT Application No. PCT/US2015/060034, dated Feb. 4, 2016, 12 pages.

International Search Report and Written Opinion for PCT Application No. PCT/US2015/060035, dated Feb. 10, 2016, 16 pages.

International Search Report and Written Opinion for PCT Application No. PCT/US2015/060036, dated Feb. 9, 2016, 14 pages.

International Search Report and Written Opinion for PCT Application No. PCT/US2015/060038, dated Feb. 22, 2016, 16 pages.

International Search Report and Written Opinion for PCT Application No. PCT/US2015/060040, dated Feb. 9, 2016, 15 pages.

Non-Final Office Action on U.S. Appl. No. 14/552,260, dated Oct. 14, 2015, 9 pages.

Notice of Allowance on U.S. Appl. No. 14/552,260, dated Nov. 12, 2015, 5 pages.



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



**FIG. 7**



**FIG. 8**



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17



**FIG. 18**



**FIG. 19**



**FIG. 20**



FIG. 21

US 9,814,915 B2

1

## QUINT CONFIGURATION FIRE APPARATUS

### CROSS-REFERENCE TO RELATED PATENT APPLICATIONS

This is a continuation of U.S. application Ser. No. 15/351,417, filed Nov. 14, 2016, which is a continuation of U.S. application Ser. No. 14/552,252, filed Nov. 24, 2014, and is related to U.S. application Ser. No. 15/089,137, filed Apr. 1, 2016, which is a continuation of U.S. application Ser. No. 14/552,240, filed Nov. 24, 2014; U.S. application Ser. No. 14/552,293, filed Nov. 24, 2014; U.S. application Ser. No. 14/552,283, filed Nov. 24, 2014; U.S. application Ser. No. 14/552,260, filed Nov. 24, 2014, now U.S. Pat. No. 9,302,129; and U.S. application Ser. No. 14/552,275, filed Nov. 24, 2014; all of which are incorporated herein by reference in their entireties.

### BACKGROUND

A quint configuration fire apparatus (e.g., a fire truck, etc.) includes an aerial ladder, a water tank, ground ladders, a water pump, and hose storage. Aerial ladders may be classified according to their horizontal reach and vertical extension height. Traditionally, weight is added to the fire apparatus (e.g., by making the various components heavier or larger, etc.) in order to increase the horizontal reach or vertical extension height of the aerial ladder. Traditional quint configuration fire trucks have included a second rear axle to carry the weight required to provide the desired aerial ladder horizontal reach and vertical extension height. Such vehicles can therefore be more heavy, difficult to maneuver, and expensive to manufacture.

### SUMMARY

One embodiment relates to a quint configuration fire apparatus. The quint configuration fire apparatus includes a chassis, a body assembly coupled to the chassis and having a storage area configured to receive a ground ladder and a fire hose, a pump coupled to the chassis, a water tank coupled to the chassis, a ladder assembly including a plurality of extensible ladder sections, the ladder assembly having a proximal end that is coupled to the chassis, a single front axle coupled to a front end of the chassis, and a single rear axle coupled to a rear end of the chassis. The ladder assembly is extensible to provide a horizontal reach of at least 90 feet and a vertical height of at least 95 feet and is configured to support a tip load of at least 750 pounds. The center of gravity of at least one of the chassis, the body assembly, the pump, and the water tank are positioned to counterbalance a moment generated by the tip load with the ladder assembly extended to the horizontal reach of at least 90 feet.

Another embodiment relates to a fire apparatus. The fire apparatus includes, a chassis, a body assembly coupled to the chassis and configured to receive a ground ladder, a fire hose, a pump, and a water tank, a ladder assembly including a plurality of extensible ladder sections, the ladder assembly having a proximal end that is coupled to the chassis, a single front axle coupled to the front end of the chassis, and a single rear axle coupled to a rear end of the chassis. The single rear axle includes either a single solid axle configuration extending laterally across the chassis or a first axle having a first constant velocity joint and a second axle having a second constant velocity joint, the first axle and the second axle extending from opposing lateral sides of a differential. The

2

ladder assembly is extensible to provide a horizontal reach of at least 90 feet and is configured to support a tip load of at least 750 pounds. The center of gravity of at least one of the chassis, the body assembly, the pump, and the water tank are positioned to counterbalance a moment generated by the tip load with the ladder assembly extended to the horizontal reach of at least 90 feet.

Another embodiment relates to a quint configuration fire apparatus. The quint configuration fire apparatus includes a chassis, a body assembly coupled to the chassis and having a storage area configured to receive a ground ladder and a fire hose, a pump coupled to the chassis, a water tank coupled to the chassis, a ladder assembly including a plurality of extensible ladder sections, the ladder assembly having a proximal end that is coupled to the chassis, a single front axle coupled to a front end of the chassis, and a single rear axle coupled to a rear end of the chassis. The single rear axle includes either a single solid axle configuration extending laterally across the chassis or a first axle having a first constant velocity joint and a second axle having a second constant velocity joint, the first axle and the second axle extending from opposing lateral sides of a differential. The ladder assembly is extensible to provide a horizontal reach of at least 90 feet and a vertical height of at least 95 feet. The center of gravity of at least one of the chassis, the body assembly, the pump, and the water tank are positioned to counterbalance a moment generated by the tip load with the ladder assembly extended to the horizontal reach of at least 90 feet.

The invention is capable of other embodiments and of being carried out in various ways. Alternative exemplary embodiments relate to other features and combinations of features as may be recited herein.

### BRIEF DESCRIPTION OF THE DRAWINGS

The disclosure will become more fully understood from the following detailed description, taken in conjunction with the accompanying figures, wherein like reference numerals refer to like elements, in which:

FIG. 1 is a front perspective view of a fire apparatus, according to an exemplary embodiment;

FIG. 2 is a rear perspective view of the fire apparatus of FIG. 1, according to an exemplary embodiment;

FIG. 3 is a left side view of the fire apparatus of FIG. 1, according to an exemplary embodiment;

FIG. 4 is a right side view of the fire apparatus of FIG. 1, according to an exemplary embodiment;

FIG. 5 is a rear perspective view of a water tank of the fire apparatus of FIG. 1, according to an exemplary embodiment;

FIG. 6 is a front perspective view of various internal components of the fire apparatus of FIG. 1, according to an exemplary embodiment;

FIG. 7 is a front view of the fire apparatus of FIG. 1, according to an exemplary embodiment;

FIG. 8 is a rear view of the fire apparatus of FIG. 1, according to an exemplary embodiment;

FIG. 9 is a top view of the fire apparatus of FIG. 1, according to an exemplary embodiment;

FIG. 10 is a bottom view of the fire apparatus of FIG. 1, according to an exemplary embodiment;

FIG. 11 is a perspective view of a front suspension of the fire apparatus of FIG. 1, according to an exemplary embodiment;

US 9,814,915 B2

3

FIG. **12** is a perspective view of a rear suspension of the fire apparatus of FIG. **1**, according to an exemplary embodiment;

FIG. **13** is a left side view of a single set of outriggers and a stability foot provided with the fire apparatus of FIG. **1**, according to an exemplary embodiment;

FIG. **14** is a rear view of the single set of outriggers and the stability foot of FIG. **13** in an extended configuration, according to an exemplary embodiment;

FIG. **15** is a partial view the single set of outriggers of FIG. **13**, according to an exemplary embodiment;

FIG. **16** is a left side view of the fire apparatus of FIG. **1** with an aerial ladder assembly extended, according to an exemplary embodiment;

FIG. **17** is a right side view of the fire apparatus of FIG. **1** with an aerial ladder assembly extended, according to an exemplary embodiment;

FIG. **18** is a top view of the fire apparatus of FIG. **1** with the single set of outriggers extended and an aerial ladder assembly positioned forward, according to an exemplary embodiment;

FIG. **19** is a top view of the fire apparatus of FIG. **1** with the single set of outriggers extended and an aerial ladder assembly positioned at a forward angle, according to an exemplary embodiment;

FIG. **20** is a top view of the fire apparatus of FIG. **1** with the single set of outriggers extended and an aerial ladder assembly positioned to one side, according to an exemplary embodiment; and

FIG. **21** is a top view of the fire apparatus of FIG. **1** with the single set of outriggers extended and an aerial ladder assembly positioned both at a rearward angle and backward, according to an exemplary embodiment.

DETAILED DESCRIPTION

Before turning to the figures, which illustrate the exemplary embodiments in detail, it should be understood that the present application is not limited to the details or methodology set forth in the description or illustrated in the figures. It should also be understood that the terminology is for the purpose of description only and should not be regarded as limiting.

According to an exemplary embodiment, a quint configuration fire apparatus includes a water tank, an aerial ladder, hose storage, ground ladders, a water pump, and a single rear axle. While some traditional quint configuration fire trucks have a ladder assembly mounted on a single rear axle chassis, the ladder assembly of such fire trucks traditionally has a vertical extension height of 75-80 feet and 67-72 feet of horizontal reach. Vertical extension height may include the distance from the upper-most rung of the ladder assembly to the ground when the ladder assembly is fully extended. Reach may include the horizontal distance from the point of rotation (e.g., point of connection of a ladder assembly to a fire apparatus, etc.) to the furthest rung when the ladder assembly is extended. Increasing vertical extension height or horizontal reach is traditionally achieved by increasing the weight of various components (e.g., the aerial ladder assembly, the turntable, etc.). The increased weight, in turn, is traditionally carried by a requisite tandem rear axle. A tandem rear axle may include two solid axle configurations or may include two pairs of axles (e.g., two pairs of half shafts, etc.) each having a set of constant velocity joints and coupling two differentials to two pairs of hub assemblies. A single rear axle chassis may include one solid axle configuration or may include one pair of axles each

4

having a set of constant velocity joints and coupling a differential to a pair of hub assemblies, according to various alternative embodiments. According to an exemplary embodiment, the aerial ladder assembly of the quint configuration fire apparatus is operable at a vertical extension height of at least 95 feet (e.g., 105 feet, 107 feet, etc.) and at least 90 feet (e.g., at least 100 feet, etc.) of horizontal reach with a tip capacity of at least 750 pounds. The weight of the chassis and other components is supported by a single rear axle chassis, thereby reducing cost and increasing maneuverability relative to traditional vehicles.

According to the exemplary embodiment shown in FIGS. **1**-**12**, a vehicle, shown as a fire apparatus **10**, includes a chassis, shown as a frame **12**, that defines a longitudinal axis **14**. A body assembly, shown as rear section **16**, axles **18**, and a cab assembly, shown as front cabin **20**, are coupled to the frame **12**. In one embodiment, the longitudinal axis **14** extends along a direction defined by at least one of a first frame rail **11** and a second frame rail **13** of the frame **12** (e.g., front-to-back, etc.).

Referring to the exemplary embodiment shown in FIG. **1**, the front cabin **20** is positioned forward of the rear section **16** (e.g., with respect to a forward direction of travel for the vehicle along the longitudinal axis **14**, etc.). According to an alternative embodiment, the cab assembly may be positioned behind the rear section **16** (e.g., with respect to a forward direction of travel for the vehicle along the longitudinal axis **14**, etc.). The cab assembly may be positioned behind the rear section **16** on, by way of example, a rear tiller fire apparatus. In some embodiments, the fire apparatus **10** is a ladder truck with a front portion that includes the front cabin **20** pivotally coupled to a rear portion that includes the rear section **16**.

As shown in FIGS. **2** and **8**, the fire apparatus **10** also includes ground ladders **46**. The ground ladders **46** are stored within compartments that are closed with doors **30**. As shown in FIGS. **2** and **8**, the fire apparatus **10** includes two storage compartments and doors **30**, each to store one or more individual ground ladders **46**. In other embodiments, only one storage compartment and door **30** is included to store one or more ground ladders **46**. In still other embodiments, three or more storage compartments and doors **30** are included to store three or more ground ladders **46**. As shown in FIGS. **2** and **8**, a hose chute **42** is provided on each lateral side at the rear of the fire apparatus **10**. The hose chutes **42** define a passageway where one or more hoses may be disposed on pulled from a hose storage location, shown as hose storage platform **36**. The fire apparatus **10** includes additional storage, shown as storage compartments **32** and **68**, to store miscellaneous items and gear used by emergency response personnel (e.g., helmets, axes, oxygen tanks, medical kits, etc.).

As shown in FIGS. **1** and **7**, the fire apparatus **10** includes an engine **60**. In one embodiment, the engine **60** is coupled to the frame **12**. According to an exemplary embodiment, the engine **60** receives fuel (e.g., gasoline, diesel, etc.) from a fuel tank and combusts the fuel to generate mechanical energy. A transmission receives the mechanical energy and provides an output to a drive shaft. The rotating drive shaft is received by a differential, which conveys the rotational energy of the drive shaft to a final drive (e.g., wheels, etc.). The final drive then propels or moves the fire apparatus **10**. According to an exemplary embodiment, the engine **60** is a compression-ignition internal combustion engine that utilizes diesel fuel. In alternative embodiments, the engine **60** is another type of device (e.g., spark-ignition engine, fuel

US 9,814,915 B2

5

cell, electric motor, etc.) that is otherwise powered (e.g., with gasoline, compressed natural gas, hydrogen, electricity, etc.).

As shown in FIGS. 1-2, the fire apparatus 10 is a quint configuration fire truck that includes a ladder assembly, shown as aerial ladder assembly 200, and a turntable assembly, shown as turntable 300. The aerial ladder assembly 200 includes a first end 202 (e.g., base end, proximal end, pivot end, etc.) and a second end 204 (e.g., free end, distal end, platform end, implement end, etc.). As shown in FIGS. 1-2, the aerial ladder assembly 200 includes a plurality of ladder sections. In some embodiments, the plurality of sections of the aerial ladder assembly 200 is extendable. An actuator may selectively reconfigure the aerial ladder assembly 200 between an extended configuration and a retracted configuration. By way of example, aerial ladder assembly 200 may include a plurality of nesting sections that telescope with respect to one another. In the extended configuration (e.g., deployed position, use position, etc.), the aerial ladder assembly 200 is lengthened, and the second end 204 is extended away from the first end 202. In the retracted configuration (e.g., storage position, transport position, etc.), the aerial ladder assembly 200 is shortened, and the second end 204 is withdrawn towards the first end 202.

According to an exemplary embodiment, the first end 202 of the aerial ladder assembly 200 is coupled to the frame 12. By way of example, aerial ladder assembly 200 may be directly coupled to frame 12 or indirectly coupled to frame 12 (e.g., with an intermediate superstructure, etc.). As shown in FIGS. 1-2, the first end 202 of the aerial ladder assembly 200 is coupled to the turntable 300. The turntable 300 may be directly or indirectly coupled to the frame 12 (e.g., with an intermediate superstructure, via rear section 16, etc.). As shown in FIG. 1, the turntable 300 includes a railing assembly, shown as hand rails 302, and guard rails, shown as guard rails 304. The hand rails 302 provide support for operators aboard the turntable 300. The guard rails 304 are coupled to the hand rails 302 and provide two entrances to the turntable 300. An operator may provide a force to rotate the guard rails 304 open and gain access to the turntable 300. In the embodiment shown in FIG. 2, the turntable 300 rotates relative to the frame 12 about a generally vertical axis 40. According to an exemplary embodiment, the turntable 300 is rotatable a full 360 degrees relative to the frame 12. In other embodiments, the rotation of the turntable 300 relative to the frame 12 is limited to a range of less than 360 degrees, or the turntable 300 is fixed relative to the frame 12. As shown in FIGS. 1-4, the rear section 16 includes a pair of ladders 26 positioned on opposing lateral sides of the fire apparatus 10. As shown in FIGS. 1-2, the ladders 26 are coupled to the rear section 16 with hinges. An operator (e.g., a fire fighter, etc.) may access the turntable 300 by climbing either one of the ladders 26 and entering through the guard rails 304. According to the exemplary embodiment shown in FIGS. 1-2, the turntable 300 is positioned at the rear end of 55 the rear section 16 (e.g., rear mount, etc.). In other embodiments, the turntable 300 is positioned at the front end of the rear section 16, proximate the front cabin 20 (e.g., mid mount, etc.). In still other embodiments, the turntable 300 is disposed along front cabin 20 (e.g., front mount, etc.).

According to the exemplary embodiment shown in FIGS. 1-2, the first end 202 of the aerial ladder assembly 200 is pivotally coupled to the turntable 300. An actuator, shown as cylinder 56, is positioned to rotate the aerial ladder assembly 200 about a horizontal axis 44. The actuator may be a linear actuator, a rotary actuator, or still another type of device and may be powered hydraulically, electrically, or still otherwise

6

powered. In one embodiment, aerial ladder assembly 200 is rotatable between a lowered position (e.g., the position shown in FIG. 1, etc.) and a raised position. The aerial ladder assembly 200 may be generally horizontal or an angle (e.g., 10 degrees, etc.) below the horizontal when disposed in the lowered position (e.g., a stored position, etc.). In one embodiment, extension and retraction of cylinders 56 rotates aerial ladder assembly 200 about the horizontal axis 44 and raises or lowers, respectively, the second end 204 of aerial ladder assembly 200. In the raised position, the aerial ladder assembly 200 allows access between the ground and an elevated height for a fire fighter or a person being aided by the fire fighter.

According to the exemplary embodiment shown in FIG. 5, a reservoir, shown as water tank 58, is coupled to the frame 12 with a superstructure. In one embodiment, the water tank 58 is located within the rear section 16 and below the hose storage platform 36. As shown in FIG. 5, the water tank 58 is coupled to the frame 12 with a tubular component, shown as torque box 400. In one embodiment, the water tank 58 stores at least 500 gallons of water. In other embodiments, the reservoir stores another firefighting agent (e.g., foam, etc.). According to the exemplary embodiment shown in FIGS. 2 and 5, the water tank 58 is filled with a fill dome, shown as fill dome 34.

As shown in FIGS. 1-2, the fire apparatus 10 includes a pump house, shown as pump house 50. A pump 22 may be disposed within the pump house 50. By way of example, the pump house 50 may include a pump panel having an inlet for the entrance of water from an external source (e.g., a fire hydrant, etc.). As shown in FIG. 2, an auxiliary inlet, shown as inlet 28, is provided at the rear of the fire apparatus 10. The pump house 50 may include an outlet configured to engage a hose. The pump 22 may pump fluid through the hose to extinguish a fire (e.g., water from the inlet of the pump house 50, water from the inlet 28, water stored in the water tank 58, etc.).

Referring still to the exemplary embodiment shown in FIGS. 1-2, an implement, shown as nozzle 38 (e.g., deluge gun, water cannon, deck gun, etc.), is disposed at the second end 204 of the aerial ladder assembly 200. The nozzle 38 is connected to a water source (e.g., the water tank 58, an external source, etc.) via an intermediate conduit extending along the aerial ladder assembly 200 (e.g., along the side of the aerial ladder assembly 200, beneath the aerial ladder assembly 200, in a channel provided in the aerial ladder assembly 200, etc.). By pivoting the aerial ladder assembly 200 into the raised position, the nozzle 38 may be elevated to expel water from a higher elevation to facilitate suppressing a fire. In some embodiments, the second end 204 of the aerial ladder assembly 200 includes a basket. The basket may be configured to hold at least one of fire fighters and persons being aided by the fire fighters. The basket provides a platform from which a fire fighter may complete various tasks (e.g., operate the nozzle 38, create ventilation, overhaul a burned area, perform a rescue operation, etc.).

According to the exemplary embodiment shown in FIGS. 5-6, the torque box 400 is coupled to the frame 12. In one embodiment, the torque box 400 extends the full width between the lateral outsides of the first frame rail 11 and the second frame rail 13 of the frame 12. The torque box 400 includes a body portion having a first end 404 and a second end 406. As shown in FIG. 5, a pedestal, shown as pedestal 402, is attached to the first end 404 of the torque box 400. In one embodiment, the pedestal 402 is disposed rearward of (i.e., behind, etc.) the single rear axle 18. The pedestal 402 couples the turntable 300 to the torque box 400. The

turntable **300** rotatably couples the first end **202** of the aerial ladder assembly **200** to the pedestal **402** such that the aerial ladder assembly **200** is selectively repositionable into a plurality of operating orientations. According to the exemplary embodiment shown in FIGS. **3-4**, a single set of outriggers, shown as outriggers **100**, includes a first outrigger **110** and a second outrigger **120**. As shown in FIGS. **3-4**, the first outrigger **110** and the second outrigger **120** are attached to the second end **406** of the torque box **400** in front of the single rear axle **18** and disposed on opposing lateral sides of the fire apparatus **10**. As shown in FIGS. **1-4**, the outriggers **100** are moveably coupled to the torque box **400** and may extend outward, away from the longitudinal axis **14**, and parallel to a lateral axis **24**. According to an exemplary embodiment, the outriggers **100** extend to a distance of eighteen feet (e.g., measured between the center of a pad of the first outrigger **110** and the center of a pad of the second outrigger **120**, etc.). In other embodiments, the outriggers **100** extend to a distance of less than or greater than eighteen feet. An actuator may be positioned to extend portions of each of the first outrigger **110** and the second outrigger **120** towards the ground. The actuator may be a linear actuator, a rotary actuator, or still another type of device and may be powered hydraulically, electrically, or still otherwise powered.

According to the exemplary embodiment shown in FIGS. **3-5**, a stability foot, shown as stability foot **130**, is attached to the first end **404** of the torque box **400**. An actuator (e.g., a linear actuator, a rotary actuator, etc.) may be positioned to extend a portion of the stability foot **130** towards the ground. Both the outriggers **100** and the stability foot **130** are used to support the fire apparatus **10** (e.g., while stationary and in use to fight fires, etc.). According to an exemplary embodiment, with the outriggers **100** and stability foot **130** extended, the fire apparatus **10** can withstand a tip capacity of at least 750 pounds applied to the last rung on the second end **204** of the aerial ladder assembly **200** while fully extended (e.g., to provide a horizontal reach of at least 90 feet, to provide a horizontal reach of at least 100 feet, to provide a vertical extension height of at least 95 feet, to provide a vertical extension height of at least 105 feet, to provide a vertical extension height of at least 107 feet, etc.). The outriggers **100** and the stability foot **130** are positioned to transfer the loading from the aerial ladder assembly **200** to the ground. For example, a load applied to the aerial ladder assembly **200** (e.g., a fire fighter at the second end **204**, a wind load, etc.) may be conveyed into to the turntable **300**, through the pedestal **402** and the torque box **400**, and into the ground through at least one of the outriggers **100** and the stability foot **130**. While the fire apparatus **10** is being driven or not in use, the actuators of the first outrigger **110**, the second outrigger **120**, and the stability foot **130** may retract portions of the outriggers **100** and the stability foot **130** into a stored position.

As shown in FIGS. **10** and **12**, the single rear axle **18** includes a differential **62** coupled to a pair of hub assemblies **64** with a pair of axle shaft assemblies **52**. As shown in FIGS. **10** and **12**, the single rear axle **18** includes a solid axle configuration extending laterally across the frame **12** (e.g., chassis, etc.). A rear suspension, shown as rear suspension **66**, includes a pair of leaf spring systems. The rear suspension **66** may couple the single solid axle configuration of the single rear axle **18** to the frame **12**. In one embodiment, the single rear axle **18** has a gross axle weight rating of no more than (i.e., less than or equal to, etc.) 33,500 pounds. In other embodiments, a first axle shaft assembly **52** has a first set of constant velocity joints and a second axle shaft assembly **52** has a second set of constant velocity joints. The first axle assembly **52** and the second axle assembly **52** may extend from opposing lateral sides of the differential **62**, coupling the differential **62** to the pair of hub assemblies **64**. As shown in FIGS. **10-11**, a front suspension, shown as front suspension **54**, for the front axle **18** includes a pair of independent suspension assemblies. In one embodiment, the front axle **18** has a gross axle weight rating of no more than 33,500 pounds.

According to the exemplary embodiment shown in FIGS. **1-12**, the aerial ladder assembly **200** forms a cantilever structure when at least one of raised vertically and extended horizontally. The aerial ladder assembly **200** is supported by the cylinders **56** and by the turntable **300** at the first end **202**. The aerial ladder assembly **200** supports static loading from its own weight, the weight of any equipment coupled to the ladder (e.g., the nozzle **38**, a water line coupled to the nozzle, a platform, etc.), and the weight of any persons using the ladder. The aerial ladder assembly **200** may also support various dynamic loads (e.g., due to forces imparted by a fire fighter climbing the aerial ladder assembly **200**, wind loading, loading due to rotation, elevation, or extension of aerial ladder assembly, etc.). Such static and dynamic loads are carried by the aerial ladder assembly **200**. The forces carried by the cylinders **56**, the turntable **300**, and the frame **12** may be proportional (e.g., directly proportional, etc.) to the length of the aerial ladder assembly **200**. At least one of the weight of the aerial ladder assembly **200**, the weight of the turntable **300**, the weight of the cylinders **56**, and the weight of the torque box **400** is traditionally increased to increase at least one of the extension height rating, the horizontal reach rating, the static load rating, and the dynamic load rating. Such vehicles traditionally require the use of a chassis having a tandem rear axle. However, the aerial ladder assembly **200** of the fire apparatus **10** has an increased extension height rating and horizontal reach rating without requiring a chassis having a tandem rear axle (e.g., a tandem axle assembly, etc.). According to the exemplary embodiment shown in FIGS. **1-12**, the fire apparatus **10** having a single rear axle **18** is lighter, substantially less difficult to maneuver, and less expensive to manufacture than a fire apparatus having a tandem rear axle.

According to the exemplary embodiment shown in FIGS. **13-21**, the first outrigger **110**, the second outrigger **120**, and the stability foot **130** stabilize the fire apparatus **10** when the aerial ladder assembly **200** is in operation (e.g., being used to extinguish a fire with the nozzle **38**, extended to rescue pedestrians from a building, etc.). As shown in FIG. **13**, the first outrigger **110**, the second outrigger **120**, and the stability foot **130** are disposed a stowed position (e.g., not actuated, not extended, etc.). The first outrigger **110**, the second outrigger **120**, and the stability foot **130** may remain in the stowed position while the fire apparatus **10** is being driven, while the fire apparatus **10** is not in operation (e.g., not being used, parked, etc.), or any other time the aerial ladder assembly **200** is not being utilized during a fire or rescue situation.

As shown in FIGS. **14-15**, the first outrigger **110**, the second outrigger **120**, and the stability foot **130** are disposed in a fully extended position. As shown in FIG. **14**, the first outrigger **110** includes a first frame member, shown as first lateral member **112**, a first actuator, shown as first cylinder **114**, and a first contact pad, shown as first contact pad **118**. The first cylinder **114** includes a first cylinder barrel, shown as first cylinder barrel **115**, and a first rod, shown as first rod **116**. The first rod **116** is coupled to the first contact pad **118**. The first cylinder **114** is positioned to extend the first contact

US 9,814,915 B2

9

pad 118 downward by extending the first rod 116 from the first cylinder barrel 115. The first cylinder 114 extends the first contact pad 118 into contact with a ground surface, shown as ground surface 170. In one embodiment, the first cylinder 114 is a hydraulic cylinder. In other embodiments, the first cylinder 114 is another type of actuator (e.g., a linear actuator, a rotary actuator, or still another type of device, etc.) that may be powered hydraulically, electrically, or still otherwise powered.

As shown in FIGS. 14-15, the second outrigger 120 includes a second frame member, shown as second lateral member 122, a second actuator, shown as second cylinder 124, and a second contact pad, shown as second contact pad 128. The second cylinder 124 includes a second cylinder barrel, shown as second cylinder barrel 125, and a second rod, shown as second rod 126. The second rod 126 is coupled to the second contact pad 128. The second cylinder 124 is positioned to extend the second contact pad 128 downward by extending the second rod 126 from the second cylinder barrel 125. The second cylinder 124 extends the second contact pad 128 into contact with the ground surface 170. In one embodiment, the second cylinder 124 is a hydraulic cylinder. In other embodiments, the second cylinder 124 is another type of actuator (e.g., a linear actuator, a rotary actuator, or still another type of device, etc.) that may be powered hydraulically, electrically, or still otherwise powered.

According to the exemplary embodiment shown in FIGS. 6 and 13-14, a housing, shown as outrigger housing 106, slidably couples the first outrigger 110 and the second outrigger 120 to the frame 12. As shown in FIGS. 13-14, the first lateral member 112 and the second lateral member 122 are disposed in the fully extended position and spaced a distance 160. In one embodiment, an actuator (e.g., a linear actuator, a rotary actuator, etc.) or a pair of actuators is positioned within the outrigger housing 106 to extend the first lateral member 112 and the second lateral member 122 laterally outward from opposing lateral sides of the frame 12. The distance 160 may be the distance between the center of the first contact pad 118 and the center of the second contact pad 128 when the pair of outriggers 100 is fully extended. In one embodiment, the distance 160 is no more than eighteen feet. In other embodiments, the distance 160 is greater than eighteen feet.

As shown in FIG. 14, the stability foot 130 includes a third actuator, shown as third cylinder 134, and a third contact pad, shown as third contact pad 138. The third cylinder 134 includes a third cylinder barrel, shown as third cylinder barrel 135, and a third rod, shown as third rod 136. The third rod 136 is coupled to the third contact pad 138. The third cylinder 134 is positioned to extend the third contact pad 138 downward by extending the third rod 136 from the third cylinder barrel 135. The third cylinder 134 extends the third contact pad 138 into contact with the ground surface 170. In one embodiment, the third cylinder 134 is a hydraulic cylinder. In other embodiments, the third cylinder 134 is another type of actuator (e.g., a linear actuator, a rotary actuator, or still another type of device, etc.) that may be powered hydraulically, electrically, or still otherwise powered.

Referring to FIGS. 13-14, the fire apparatus 10 includes a pair of front tires, shown as front tires 17, and a set of rear tires, shown as rear tires 19. When actuated, the first outrigger 110, the second outrigger 120, and the stability foot 130 elevate the rear section 16 of the fire apparatus 10 from the ground surface 170. The front tires 17 may remain in contact with the ground surface 170, while the rear tires

10

19 may be lifted a height, shown as height 150, above the ground surface 170. In one embodiment, the height 150 is less than twelve inches. In other embodiments, the height 150 is at least twelve inches.

Referring now to FIGS. 16-17, the aerial ladder assembly 200 of the fire apparatus 10 includes a plurality of extensible ladder sections. As shown in FIGS. 16-17, the plurality of extensible ladder sections includes a first ladder section, shown as base section 220, a second ladder section, shown as lower middle section 240, a third ladder section, shown as upper middle section 260, and a fourth ladder section, shown as fly section 280. The first end 202 of the aerial ladder assembly 200 may be the proximal end (e.g., base end, pivot end, etc.) of the base section 220. The second end 204 of the aerial ladder assembly 200 may be the distal end (e.g., free end, platform end, implement end, etc.) of the fly section 280. According to an exemplary embodiment, the second end 204 of the aerial ladder assembly 200 (i.e., the distal end of the fly section 280, etc.) is extensible to the horizontal reach of at least 90 feet (e.g., at least 100 feet, etc.) when the aerial ladder assembly 200 is selectively repositioned into a plurality of operating orientations.

As shown in FIGS. 16-21, a load, shown as load 600 (e.g., tip load, tip capacity, etc.), may be applied to the aerial ladder assembly 200 (e.g., at the furthest-most rung of fly section 280, etc.), and various components of the fire apparatus 10 each have a center of gravity ("CG"). Such components may have a first CG, shown as ladder assembly CG 610, a second CG, shown as front cabin CG 620, a third CG, shown as pump CG 630, a fourth CG, shown as water tank CG 640, a fifth CG, shown as rear section CG 650, and a sixth CG, shown as turntable CG 660. The ladder assembly CG 610 may be representative of the CG of the four ladder sections of the aerial ladder assembly 200 (e.g., the base section 220, the lower middle section 240, the upper middle section 260, the fly section 280, etc.). The front cabin CG 620 may be representative of the CG of the various components in and around the front cabin 20 (e.g., the front axle 18, front tires 17, front suspension 54, front body assembly, front portion of the chassis, etc.). The pump CG 630 may be representative of the CG of the pump 22 and the components of the pump house 50. The water tank CG 640 may be representative of the CG of the water tank 58. The rear section CG 650 may be representative of the CG of the various component of the rear section 16 (e.g., the rear axle 18, rear tires 19, outriggers 100, stability foot 130, torque box 400, pedestal 402, ground ladders 46, rear body assembly, rear portion of the chassis, etc.). The turntable CG 660 may be representative of the CG of the turntable 300.

As shown in FIGS. 18-21, the aerial ladder assembly 200 is disposed in a retracted configuration. During operation, the aerial ladder assembly 200 may be extended as shown in FIGS. 16-17. While shown in FIGS. 18-21 as disposed in the retracted configuration, it should be understood that the aerial ladder assembly 200 may be extended during use in various operating orientations. A variety of stability lines are generated for the fire apparatus 10 while in the various operating orientations. The stability lines may be disposed along the single front axle 18, through the center of the single front axle 18 and one of the first outrigger 110 and the second outrigger 120, through the stability foot 130 and one of the first outrigger 110 and the second outrigger 120, or laterally across the stability foot 130, among other alternatives.

The various components of the fire apparatus 10 produce a positive moment or a negative moment that varies based on the location of their respective CGs. Positive moments (e.g.,

US 9,814,915 B2

11

12

torques, etc.) may be generated by load 600 and the weights of components having CGs located on a first side of the stability line (e.g., a side of the stability line where the load 600 is located, etc.). Negative moments may be generated by the weights of components having CGs located on an opposing second side of the stability line (e.g., a side of the stability line where the load 600 is not located, etc.). According to an exemplary embodiment, various components of the fire apparatus 10 (e.g., frame 12, turntable 300, rear section 16, pump 22, water tank 58, etc.) are positioned such that their weights counterbalance a total positive moment (e.g., generated by load 600 and the weights of components having CGs located on the first side of the stability line, etc.) when the aerial ladder assembly 200 is extended to the horizontal reach of at least 90 feet (e.g., at least 100 feet, etc.). The magnitude of the positive and negative moments are proportional to the distances (e.g., perpendicular distances, etc.) between the component's CG and the stability line (e.g., a greater distance from the stability line increases the moment, a shorter distance from the stability line decreases the moment, a CG disposed on the stability line results in a negligible moment or zero moment, etc.).

As shown in FIGS. 16-18, the aerial ladder assembly 200 is configured in a first operating orientation. In the first operating orientation, the aerial ladder assembly 200 is disposed in a forward position in which the aerial ladder assembly 200 extends over the front cabin 20 (e.g., parallel to the longitudinal axis 14, etc.). When aerial ladder assembly 200 is extended, the ladder assembly CG 610 may be positioned forward of the front cabin 20 (e.g., within the lower middle section 240, near the connection between the lower middle section 240 and the upper middle section 260 of the aerial ladder assembly 200, etc.). As shown in FIG. 18, the fire apparatus 10 includes a stability line 500 when the aerial ladder assembly 200 is selectively positioned in the first operating orientation (e.g., a forward position, etc.). The stability line 500 is disposed along the single front axle 18. As shown in FIG. 18, when the load 600 is applied to the second end 204 of the aerial ladder assembly 200 while in the first operating orientation, the load 600 generates a first positive moment 502 about the stability line 500. The ladder assembly CG 610 generates a second positive moment 502 about the stability line 500. The front cabin CG 620 may generate a negligible moment about the stability line 500 as the front cabin CG 620 may be substantially disposed along the stability line 500. The pump CG 630, the water tank CG 640, the rear section CG 650, and the turntable CG 660, among other components, generate negative moments 504 about the stability line 500. In the first operating orientation, the negative moments 504 at least balance the positive moments 502 while the aerial ladder assembly 200 is extended to the horizontal reach of at least 90 feet (e.g., at least 100 feet, etc.) and a load 600 of at least 750 pounds is applied.

As shown in FIG. 19, the aerial ladder assembly 200 is configured in a second operating orientation. In the second operating orientation, the aerial ladder assembly 200 is disposed in a forward angled position in which the aerial ladder assembly 200 extends off to a side of the fire apparatus 10, biased towards the front cabin 20. As shown in FIG. 19, the fire apparatus 10 includes a stability line 510 when the aerial ladder assembly 200 is selectively positioned in the forward angled position (e.g., a forward angled position to the right side, a forward angled position to the left side, etc.). As shown in FIG. 19, the aerial ladder assembly 200 is selectively positioned to extend off to the right side of

the fire apparatus 10 at a forward angle. The stability line 510 may extend through the center of the single front axle 18 and the second outrigger 120. In other embodiments, the aerial ladder assembly 200 is selectively positioned to extend off to the left side of the fire apparatus 10 at a forward angle, and the stability line 510 may extend through the center of the single front axle 18 and the first outrigger 110. As shown in FIG. 19, when the load 600 is applied to the second end 204 of the aerial ladder assembly 200 while in the second operating orientation, the load 600 generates a first positive moment 512 about the stability line 510. The ladder assembly CG 610 generates a second positive moment 512 about the stability line 510. The front cabin CG 620 may generate a negligible moment about the stability line 510 as the front cabin CG 620 may be substantially disposed along the stability line 510. The pump CG 630, the water tank CG 640, the rear section CG 650, and the turntable CG 660, among other components, generate negative moments 514 about the stability line 510. In the second operating orientation, the negative moments 514 at least balance the positive moments 512 while the aerial ladder assembly 200 is extended to the horizontal reach of at least 90 feet (e.g., at least 100 feet, etc.) and a load 600 of at least 750 pounds is applied.

As shown in FIG. 20, the aerial ladder assembly 200 is configured in a third operating orientation. In the third operating orientation, the aerial ladder assembly 200 is disposed in a sideward position in which the aerial ladder assembly 200 extends from a lateral side of the chassis (e.g., perpendicular to the longitudinal axis 14, etc.). As shown in FIG. 19, the fire apparatus 10 includes a stability line 520 when the aerial ladder assembly 200 is selectively positioned in the third operating orientation (e.g., laterally to the right side, laterally to the left side, etc.). As shown in FIG. 19, the aerial ladder assembly 200 is selectively positioned to extend laterally off to the right side of the fire apparatus 10. The stability line 520 may extend through the center of the single front axle 18 and the second outrigger 120. In other embodiments, the aerial ladder assembly is selectively positioned to extend laterally off to the left side of the fire apparatus 10, and the stability line 520 may extend through the center of the single front axle 18 and the first outrigger 110. As shown in FIG. 20, when the load 600 is applied to the second end 204 of the aerial ladder assembly 200 while in the third operating orientation, the load 600 generates a first positive moment 522 about the stability line 520. The ladder assembly CG 610 generates a second positive moment 522 about the stability line 520. The front cabin CG 620 may generate a negligible moment about the stability line 520 as the front cabin CG 620 may be substantially disposed along the stability line 520. The pump CG 630, the water tank CG 640, the rear section CG 650, and the turntable CG 660, among other components, generate negative moments 524 about the stability line 520. In the third operating orientation, the negative moments 524 at least balance the positive moments 522 while the aerial ladder assembly 200 is extended to the horizontal reach of at least 90 feet (e.g., at least 100 feet, etc.) and a load 600 of at least 750 pounds is applied.

As shown in FIG. 21, the aerial ladder assembly 200 is configured in a fourth operating orientation and a fifth operating orientation. In the fourth operating orientation, the aerial ladder assembly 200 is disposed in a rearward angled position in which the aerial ladder assembly 200 is extended off to a side of the fire apparatus 10, biased towards the rear section 16. As shown in FIG. 21, the fire apparatus 10 includes a stability line 530 when the aerial ladder assembly

13

200 is selectively positioned in the fourth operating orientation (e.g., a rearward angled position to the right side, a rearward angled position to the left side, etc.). As shown in FIG. **21**, the aerial ladder assembly **200** is selectively positioned to extend off to the right side of the fire apparatus **10** at a rearward angle. The stability line **530** extends through the second outrigger **120** and the stability foot **130**. In other embodiments, the aerial ladder assembly **200** is selectively positioned to extend off to the left side of the fire apparatus **10** at a rearward angle, and the stability line **530** extends through the first outrigger **110** and the stability foot **130**. As shown in FIG. **21**, the load **600** is applied to the second end **204** of the aerial ladder assembly **200** while in the fourth operating orientation, and the load **600** generates a first positive moment **532** about the stability line **530**. The ladder assembly CG **610** generates a second positive moment **532** about the stability line **530**. The front cabin CG **620**, the pump CG **630**, the water tank CG **640**, the rear section CG **650**, and the turntable CG **660**, among other components, generate negative moments **534** about the stability line **530**. In the fourth operating orientation, the negative moments **534** at least balance the positive moments **532** while the aerial ladder assembly **200** is extended to the horizontal reach of at least 90 feet (e.g., at least 100 feet, etc.) and a load **600** of at least 750 pounds is applied.

FIG. **21** also shows the aerial ladder assembly **200** configured in a fifth operating orientation. In the fifth operating orientation, the aerial ladder assembly **200** is disposed in a rearward direction in which the aerial ladder assembly **200** extends away from the front cabin **20** (e.g., parallel to the longitudinal axis **14**, opposite of the first operating orientation, etc.). As shown in FIG. **21**, the fire apparatus **10** includes a stability line **540** when the aerial ladder assembly **200** is selectively positioned in the fifth operating orientation (e.g., an opposing rearward position, etc.). The stability line **540** is a line disposed laterally across the stability foot **130** (e.g., perpendicular to the aerial ladder assembly **200**, perpendicular to the longitudinal axis **14**, etc.). As shown in FIG. **21**, when the load **600** is applied to the second end **204** of the aerial ladder assembly **200** while in the fifth operating orientation, the load **600** generates a first positive moment **542** about the stability line **540**. The ladder assembly CG **610** generates a second positive moment **542** about the stability line **500**. The front cabin CG **620**, the pump CG **630**, the water tank CG **640**, the rear section CG **650**, and the turntable CG **660**, among other components, generate negative moments **544** about the stability line **540**. In the fifth operating orientation, the negative moments **544** at least balance the positive moments **542** while the aerial ladder assembly **200** is extended to the horizontal reach of at least 90 feet (e.g., at least 100 feet, etc.) and a load **600** of at least 750 pounds is applied.

It is important to note that the construction and arrangement of the elements of the systems and methods as shown in the exemplary embodiments are illustrative only. Although only a few embodiments of the present disclosure have been described in detail, those skilled in the art who review this disclosure will readily appreciate that many modifications are possible (e.g., variations in sizes, dimensions, structures, shapes and proportions of the various elements, values of parameters, mounting arrangements, use of materials, colors, orientations, etc.) without materially departing from the novel teachings and advantages of the subject matter recited. For example, elements shown as integrally formed may be constructed of multiple parts or elements. It should be noted that the elements and/or assemblies of the components described herein may be constructed

14

from any of a wide variety of materials that provide sufficient strength or durability, in any of a wide variety of colors, textures, and combinations. Accordingly, all such modifications are intended to be included within the scope of the present inventions. Other substitutions, modifications, changes, and omissions may be made in the design, operating conditions, and arrangement of the preferred and other exemplary embodiments without departing from scope of the present disclosure or from the spirit of the appended claims.

What is claimed is:

1. A quint configuration fire apparatus, comprising:
a chassis;
a body assembly coupled to the chassis and having a storage area configured to receive a ground ladder and a fire hose;
a pump coupled to the chassis;
a water tank coupled to the chassis;
a ladder assembly including a plurality of extensible ladder sections, the ladder assembly having a proximal end that is coupled to the chassis;
a single front axle coupled to a front end of the chassis; and
a single rear axle coupled to a rear end of the chassis,
wherein the ladder assembly is extensible to provide a horizontal reach of at least 90 feet and a vertical height of at least 95 feet, wherein the ladder assembly is configured to support a tip load of at least 750 pounds, and wherein the center of gravity of at least one of the chassis, the body assembly, the pump, and the water tank are positioned to counterbalance a moment generated by the tip load with the ladder assembly extended to the horizontal reach of at least 90 feet.

2. The fire apparatus of claim **1**, further comprising a pedestal coupling the ladder assembly to the chassis and defining an axis about which the ladder assembly is configured to rotate.

3. The fire apparatus of claim **2**, further comprising a turntable rotatably coupling the proximal end of the ladder assembly to the pedestal such that the ladder assembly is selectively repositionable into a plurality of operating orientations, wherein the horizontal reach is defined between the axis about which the ladder assembly is configured to rotate and a distal end of the ladder assembly, and wherein the vertical height is defined between a distal rung of the ladder assembly and a ground surface.

4. The fire apparatus of claim **3**, further comprising a cab assembly coupled to the front end of the chassis, wherein the plurality of operating orientations includes a forward position in which the ladder assembly extends over the cab assembly, a rearward position in which the ladder assembly extends away from the cab assembly, and a sideward position in which the ladder assembly extends from a lateral side of the chassis.

5. The fire apparatus of claim **4**, wherein the plurality of extensible ladder sections includes a first ladder section, a second ladder section, a third ladder section, and a fourth ladder section, wherein the distal end of the ladder assembly is extensible to the horizontal reach of at least 90 feet when the ladder assembly is oriented in the sideward position.

6. The fire apparatus of claim **1**, further comprising a pair of outriggers coupled to the chassis and moveable between a fully extended position and a retracted position, wherein the pair of outriggers protrude from opposing lateral sides of the chassis when in the fully extended position.

7. The fire apparatus of claim **6**, wherein a pair of contact pads associated with the pair of outriggers are spaced a

US 9,814,915 B2

15

distance of no more than 18 feet when the pair of outriggers are in the fully extended position.

**8.** The fire apparatus of claim **7**, wherein the single rear axle has a gross axle weight rating of no more than 33,500 pounds.

**9.** The fire apparatus of claim **8**, further comprising at least one of a leaf spring suspension system and an air suspension system coupling the single solid axle configuration to the chassis.

**10.** The fire apparatus of claim **8**, further comprising a first independent suspension assembly coupled to the first axle and a second independent suspension assembly coupled to the second axle.

**11.** A fire apparatus, comprising:

a chassis;

a body assembly coupled to the chassis and configured to receive a ground ladder, a fire hose, a pump, and a water tank;

a ladder assembly including a plurality of extensible ladder sections, the ladder assembly having a proximal end that is coupled to the chassis;

a single front axle coupled to a front end of the chassis; and

a single rear axle coupled to a rear end of the chassis, wherein the single rear axle comprises either:

    a single solid axle configuration extending laterally across the chassis, or

    a first axle having a first constant velocity joint and a second axle having a second constant velocity joint, the first axle and the second axle extending from opposing lateral sides of a differential;

wherein the ladder assembly is extensible to provide a horizontal reach of at least 90 feet, wherein the ladder assembly is configured to support a tip load of at least 750 pounds, and wherein the center of gravity of at least one of the chassis, the body assembly, the pump, and the water tank are positioned to counterbalance a moment generated by the tip load with the ladder assembly extended to the horizontal reach of at least 90 feet.

**12.** The fire apparatus of claim **11**, further comprising a pedestal coupling the ladder assembly to the chassis and defining an axis about which the ladder assembly is configured to rotate.

**13.** The fire apparatus of claim **12**, further comprising a turntable rotatably coupling the proximal end of the ladder assembly to the pedestal such that the ladder assembly is selectively repositionable into a plurality of operating orientations, wherein the horizontal reach is defined between the axis about which the ladder assembly is configured to rotate and a distal end of the ladder assembly.

**14.** The fire apparatus of claim **13**, further comprising a cab assembly coupled to the front end of the chassis, wherein the plurality of operating orientations includes a forward position in which the ladder assembly extends over the cab assembly, a rearward position in which the ladder assembly extends away from the cab assembly, and a

16

sideward position in which the ladder assembly extends from a lateral side of the chassis.

**15.** The fire apparatus of claim **14**, wherein the plurality of extensible ladder sections includes a first ladder section, a second ladder section, a third ladder section, and a fourth ladder section, wherein the distal end of the ladder assembly is extensible to the horizontal reach of at least 90 feet when the ladder assembly is oriented in the sideward position.

**16.** The fire apparatus of claim **11**, further comprising a pair of outriggers coupled to the chassis and moveable between a fully extended position and a retracted position, wherein the pair of outriggers protrude from opposing lateral sides of the chassis when in the fully extended position.

**17.** The fire apparatus of claim **16**, wherein a pair of contact pads associated with the pair of outriggers are spaced a distance of no more than 18 feet when the pair of outriggers are in the fully extended position.

**18.** The fire apparatus of claim **17**, wherein the single rear axle has a gross axle weight rating of no more than 33,500 pounds.

**19.** The fire apparatus of claim **18**, further comprising either:

    at least one of a leaf spring suspension system and an air suspension system coupling the single solid axle configuration to the chassis, or

    a first independent suspension assembly coupled to the first axle and a second independent suspension assembly coupled to the second axle.

**20.** A quint configuration fire apparatus, comprising:

a chassis;

a body assembly coupled to the chassis and having a storage area configured to receive a ground ladder and a fire hose;

a pump coupled to the chassis;

a water tank coupled to the chassis;

a ladder assembly including a plurality of extensible ladder sections, the ladder assembly having a proximal end that is coupled to the chassis;

a single front axle coupled to a front end of the chassis; and

a single rear axle coupled to a rear end of the chassis, wherein the single rear axle comprises either:

    a single solid axle configuration extending laterally across the chassis, or

    a first axle having a first constant velocity joint and a second axle having a second constant velocity joint, the first axle and the second axle extending from opposing lateral sides of a differential;

wherein the ladder assembly is extensible to provide a horizontal reach of at least 90 feet and a vertical height of at least 95 feet, and wherein the center of gravity of at least one of the chassis, the body assembly, the pump, and the water tank are positioned to counterbalance a moment generated by the tip load with the ladder assembly extended to the horizontal reach of at least 90 feet.

\* \* \* \* \*