# **EXHIBIT 7**

| | |
|---|---|
| **From:** | Yohannes, Mira <Mira.Yohannes@finnegan.com> |
| **Sent:** | Wednesday, September 25, 2019 9:09 PM |
| **To:** | Batson, Crystal; docketingorlando@rumberger.com; Weeks, Joshua; dwillis@rumberger.com; Church, Lindsay; mwoznack@rumberger.com; Pierce-EOne; sberlin@rumberger.com; Pivnick, Scott; Benoff, Todd; Davison, Tom; Yang, Stephen |
| **Cc:** | Berlenbach, Anthony; dave.luikart@hwhlaw.com; E-One-LAS; Barney, James; Loffredo, Justin; lee.casteris@hwhlaw.com; michelle.armstrong@hwhlaw.com; Tull, Susan; tori.simmons@hwhlaw.com |
| **Subject:** | Pierce Manufacturing, Inc. et al. v. E-One, Inc. et al., Case No. 8:18-cv-617-JSM-TGW (Highly Confidential) |
| **Attachments:** | 200-Gallon Addition - Hinsdale.pdf; Ladder_Extended_To_Side_Tip_Calc.pdf; Errata-Opening Report of Joseph Rakow.pdf |

**EXTERNAL SENDER – Proceed with caution**

Counsel,

Attached are an errata to Dr. Rakow's opening report, correcting certain typographical errors, and two calculation sheets relating to Dr. Rakow's opinions.

Please note, the errata is **HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY.**

Thank you,
Mira

**Mira Yohannes |** Litigation Legal Assistant | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | 901 New York Avenue, NW **|**  Washington, DC 20001 |202.216.5204 | mira.yohannes@finnegan.com | www.finnegan.com

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.