UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PIERCE MANUFACTURING INC. and
OSHKOSH CORPORATION,

    Plaintiffs,

v.                                        Case No.:  8:18-cv-617-JSM-TGW

E-ONE, INC. and REV GROUP, INC.,

    Defendants.

## DECLARATION OF JUSTIN E. LOFFREDO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE (DOC. 230)

I, Justin Loffredo, declare as follows:

1.    I am an attorney with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Defendants E-One, Inc. and REV Group, Inc. in this case.  I submit this declaration in support of Defendants' Opposition to Plaintiffs' October 3, 2019, Motion to Strike (Doc. 230). I have attached hereto true and correct copies of the following documents as exhibits to my declaration:

    **Exhibit A.**    Excerpts from the transcript of the September 26, 2019 deposition of Dr. Joseph Rakow.  This exhibit contains information designated Highly Confidential - Outside Attorneys' Eyes Only and is being filed under seal in accordance with the protective order (Doc. 106) in this case.

    **Exhibit B.**    Excerpts from the transcript of the July 2, 2019 deposition of Brandon Whittaker.  This exhibit contains information designated Highly Confidential - Outside Attorneys' Eyes Only and is being filed under seal in accordance with the protective order (Doc. 106) in this case.

**Exhibit C.**   Excerpts from the claim chart served on May 13, 2019, as Exhibit A to Pierce's Second Supplemental Disclosure of Infringement Contentions for U.S. Patent No. 9,597,536.  This exhibit contains information designated Highly Confidential - Outside Attorneys' Eyes Only and is being filed under seal in accordance with the protective order (Doc. 106) in this case.

**Exhibit D.**   Excerpts from the claim chart served on March 25, 2019, as Exhibit A to Pierce's Supplemental Disclosure of Infringement Contentions for U.S. Patent No. 9,597,536.

**Exhibit E.**   Selected pages of Plaintiffs' First Set of Requests for Admission to Defendant E-One, Inc. (Nos. 1-111), served February 7, 2019.

**Exhibit F.**   Selected pages of Plaintiff Pierce Manufacturing Inc.'s Supplemental Objections and Responses to Defendant E-One, Inc.'s Second Set of Interrogatories No. 17, served May 31, 2019.  This exhibit contains information designated Highly Confidential - Outside Attorneys' Eyes Only and is being filed under seal in accordance with the protective order (Doc. 106) in this case.

**Exhibit G.**   Excerpts from the transcript of the September 15, 2019 deposition of Dr. Thomas Kurfess.  This exhibit contains information designated Highly Confidential - Outside Attorneys' Eyes Only and is being filed under seal in accordance with the protective order (Doc. 106) in this case.

2. The parties met and conferred by telephone on September 30, 2019, to discuss Plaintiffs' motion to strike Dr. Rakow's errata and calculation documents that Defendants served on September 25, 2019.  I was on the telephone call.  During that call, Defendants' counsel

explained that Dr. Rakow's errata and calculation documents served on September 25, 2019, were provided to correct typographical errors in his opening expert report and to respond to arguments Dr. Kurfess made in his rebuttal report. Defendants' counsel offered to make Dr. Rakow available for a supplemental deposition to allow Plaintiffs' counsel to question him on the errata and calculation documents. Plaintiffs' counsel rejected that offer and confirmed they would move to strike Dr. Rakow's errata and calculation documents.

     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

     Executed on October 24, 2019.

                                                    /s/ Justin E. Loffredo
                                                    Justin E. Loffredo