# EXHIBIT D

## EXHIBIT A

### PIERCE'S SUPPLEMENTAL DISCLOSURE OF INFRINGEMENT CONTENTIONS FOR U.S. PATENT NO. 9,597,536

Plaintiffs Pierce Manufacturing Inc. and Oshkosh Corporation ("Pierce") provide the following supplemental infringement contentions with respect to Defendants REV Group, Inc. ("REV Group") and E-One, Inc. ("E-One") (collectively, "Defendants"). At least the Metro 100 Quint configuration fire apparatuses made, used, sold, and offered for sale by Defendants is covered by one or more claims of U.S. Patent No. 9,597,536 ("the 536 Patent") and is exemplified as shown below.

It is Pierce's understanding that Defendants manufacture, use, and have offered for use or sold, and currently offer for sale or sell, fire apparatus, including the Metro 100 Quint. Pierce reserves the right to revise its infringement contentions with respect to any additional of Defendants' fire apparatus once Defendants complete discovery concerning the design, construction, and manufacturing of those products.

Pierce understands that the single rear axle Metro 100 Quint is available with three different ladder assemblies, the HR 100, the HM 100, and the LTH 100 ladders. Metro 100 Quints configured with at least the HR 100 and HM 100 ladders infringe all asserted claims as explained below. Based upon discovery produced to date, there appears to be no material differences between any of the Metro 100 Quints sold with the HR 100 or HM 100 ladders. As a result, Pierce provides citations to the documents of representative Metro 100 Quints but these infringement contentions apply to all Metro 100 Quints sold by Defendants. Defendants have asserted that a small subset of the Metro 100 Quints had water tanks smaller than 500 gallons. To the extent this is true, those Metro 100 Quints would not infringe the claims that require 500 gallon tanks but would infringe the remaining asserted claims. Pierce further understands that Defendants have renamed the Metro 100 Quint to now be called the HR 100. Defendants have stated that the newly renamed HR 100 limits the horizontal reach of the aerial ladder to 85 feet. To the extent that the aerial ladder is capable of being extended to a horizontal reach of at least 90 feet, then it too would infringe. In all instances, Pierce asserts that any E-One fire apparatus that meets the claim limitations as described below infringes the 536 Patent.

These contentions demonstrate literal infringement of the 536 Patent. Discovery is ongoing, depositions have yet to occur, and Pierce expressly reserves the right to modify, supplement and/or amend these contentions as may be appropriate with respect to literal infringement and/or the doctrine of equivalents based on further analysis and ongoing discovery from Defendants and third parties.

Additionally, Pierce expressly reserves the right to supplement, modify, and/or amend its infringement contentions under the Local Rules of this Court and the Federal Rules of Civil Procedure based on further information obtained during the discovery process and/or further analysis.

Pierce contends that Defendants directly infringe the asserted claims of the 536 Patent through the manufacture, use, sale, and offer for sale of at least the Metro 100 Quint, and have also indirectly infringed the asserted claims of the 536 Patent by actively advertising, promoting, and encouraging others to purchase and use the Metro 100 Quint in an infringing manner.  The following chart includes exemplary citations to documentation for the Metro 100 Quint.  This documentation is representative of Defendants' Metro 100 Quint.  Pierce contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.

| Claims of the 536 Patent | Metro 100 Quint |
|---|---|
| [1pre] A quint configuration fire apparatus, comprising: | Each Metro 100 Quint is a quint configuration fire apparatus of claim 1, as explained below.<br><br><br><br>PIERCE-0000005 (Metro 100 Quint, Sarasota County Fire Department) (annotated). |

2

| Claims of the 536 Patent | Metro 100 Quint |
|---|---|
| | 

PIERCE-00000044 (June 2, 2017 Facebook Post).

*See also* E-ONE00060851-861. |
| [5a] The fire apparatus of claim 4, wherein the plurality of extensible ladder sections includes a first ladder section, a second ladder section, a third ladder section, and a fourth ladder section, | Each Metro 100 Quint includes a plurality of extensible ladder sections with a first ladder section, a second ladder section, a third ladder section, and a fourth ladder section. For example, without limitation: |

119

| Metro 100 Quint | |
|---|---|
| <br><br>PIERCE-00000007 (Metro 100 Quint Flyer) (annotated). | Claims of the 536 Patent |

120

| Claims of the 536 Patent | Metro 100 Quint |
|---|---|
|  | **AERIAL FEATURES**<br><br>• 100' aerial with 2.5:1 structural safety factor<br>• Welded extruded aluminum construction<br>• Crisscross under-slung outriggers (11' jack spread)<br>• Capacity: 500 lbs. dry / 250 lbs. wet + 50 lbs. equipment<br>• Advanced Aerial Control System with tip controls<br>• TFT® monitor w/ wireless controller on waterway to 80'<br>• Whelen® TIR6 LED warning lts, Pioneer™ PFP1 120 volt LED light at tip, Micro-Pioneer LED at base and tip<br>• Amdor® Luma-Bar Pathfinder LED ladder climbing lts.<br>• Lifting eye, axe and pike pole at tip, bracket for 12' roof ladder on base and stokes basket storage on base.<br><br>PIERCE-00000006 (Metro 100 Quint, Sarasota County Fire Department); *see also* PIERCE-00000001 (Metro 100 Quint Specifications); PIERCE-00000003 (E-One Website – Mount Pleasant Metro 100 Quint); PIERCE-00000086 (E-One Website – Sarasota Metro 100 Quint); PIERCE-00000009 (Mount Pleasant Specifications); PIERCE-00000034-35 (E-One Website – Metro 100 Quint); PIERCE-00000097 (Press Release – Sarasota); PIERCE-00000081 (Press Release – HR 100 Ladder); PIERCE-00000088 (Press Release – FDIC 2017). |

121

| Claims of the 536 Patent | Metro 100 Quint |
|---|---|
| | *See* https://www.youtube.com/watch?v=WfW3RQdvJEI&t at 0:10 (annotated); *see also id.* at 3:07-4:09. |

122

| Claims of the 536 Patent | Metro 100 Quint |
|---|---|
| |  |

| Claims of the 536 Patent | Metro 100 Quint |
|---|---|
| **[5b]** wherein the distal end of the ladder assembly is extensible to the horizontal reach of at least 90 feet when the ladder assembly is oriented in the sideward position. | Each Metro 100 Quint includes a distal end of the ladder assembly extensible to the horizontal reach of at least 90 feet when the ladder assembly is oriented in the sideward position. <br><br> For example, without limitation, the Metro 100 Quint can include an HR 100 Ladder: <br><br> "The new HR 100 aerial ladder offers increased firefighting capabilities for E-ONE's newest fire apparatus, the single rear axle Metro 100 Quint, released earlier this year. This added performance includes a waterway piped to the tip, an increased tip load rating and an extended range of motion." <br><br> *See* PIERCE-00000081 (Press Release – HR 100 Ladder). <br><br> "Orders for the new HR 100 ladder on the Metro 100 Quint have been placed by Village of Mt. Pleasant in Wisconsin, Homeville Fire Department in Pennsylvania, and Squamish Fire Rescue in British Columbia, Canada." <br><br> *See* PIERCE-00000081 (Press Release – HR 100 Ladder). <br><br> The HR 100 ladder is extensible to provide a horizontal reach of at least 90 feet in all directions including in the sideward position: <br><br> The new extruded aluminum HR 100 ladder's top features include: <br><br> • 500 lb. tip load rating, wet or dry <br> • Waterway to tip with option for extended monitor travel range <br> • 2.5 to 1 structural safety factor, exceeding NFPA minimum requirements by 25% <br> • Reach of 100' vertically and 92' horizontally <br> • 75 lb. equipment allowance at tip <br> • Direct hydraulic aerial controls or the new E-ONE Advanced Aerial Control System <br><br> *See* PIERCE-00000081 (Press Release – HR 100 Ladder) (annotated). |

124

| Metro 100 Quint | Claims of the 536 Patent |
|---|---|
| 

PIERCE-00000099 (HR 100 Ladder Capacity Plate) (annotated). | |

125

| Claims of the 536 Patent | Metro 100 Quint |
|---|---|
| | |

126



127

| Claims of the 536 Patent | Metro 100 Quint |
|---|---|
|  | E-ONE_00058550 (HR 100 Load and Reach Diagram).<br><br>The Metro 100 Quint can also come equipped with an HM 100 ladder, which also meets this limitation. For example:<br><br><br><br>PIERCE-00000007 (Metro 100 Quint Flyer) (annotated); *see also* PIERCE-00000088 (Press Release – FDIC 2017); PIERCE-00000034 (E-One Website – Metro 100 Quint); PIERCE-00000097 (Press Release – Sarasota).<br><br>The HM 100 ladder is extensible to provide a horizontal reach of at least 90 feet: |

128

| Metro 100 Quint | <br><br>*See* PIERCE-00000014 (HM 100 Ladder Capacity Plate) (annotated). |
| --- | --- |
| Claims of the 536 Patent | |

129

| Metro 100 Quint |
|---|



E-ONE_00029293 (Metro 100 Quint Presentation) at E-ONE_00029315.

| Claims of the 536 Patent |
|---|

130

| Metro 100 Quint |  |
| --- | --- |
| Claims of the 536 Patent | |

| Metro 100 Quint | Claims of the 536 Patent |
|---|---|
| 

E-ONE_00029258 (Metro 100 Quint Presentation) at E-ONE_00029267.

*See also* E-ONE00060851-861. | |

132

| Claims of the 536 Patent | Metro 100 Quint |
|---|---|
| **[6a]** The fire apparatus of claim 1, further comprising a pair of outriggers coupled to the chassis and moveable between a fully extended position and a retracted position, wherein the pair of outriggers protrude from opposing lateral sides of the chassis when in the fully extended position. | Each Metro 100 Quint includes a pair of outriggers coupled to the chassis, which the Court has construed as the engine, drivetrain, and frame on which the body is supported and the outriggers are moveable between a fully extended position and a retracted position. For example, without limitation:  PIERCE-00000007 (Metro 100 Quint Flyer); *see also* PIERCE-00000033, 38 (E-One Website – Metro 100 Quint). The pair of outriggers protrude from opposing lateral sides of the chassis when in the fully extended position. For example, without limitation: |

133