# EXHIBIT E

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

PIERCE MANUFACTURING INC. and
OSHKOSH CORPORATION,

     Plaintiffs,

v.                                                                    Case No.:  8:18-cv-617-JSM-TGW

E-ONE, INC. and REV GROUP, INC.,

     Defendants.

_____

### PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION TO
### DEFENDANT E-ONE, INC. (NOS. 1-111)

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiffs Pierce Manufacturing Inc. and Oshkosh Corporation ("Plaintiffs") hereby request that Defendant E-One, Inc. ("E-One" or "Defendant") answer within thirty (30) days from service the following Requests for Admission in writing, under oath and in conformity with the Definitions and Instructions set forth below.

These requests for admission are deemed to be continuing. With respect to any of the following requests as to which E-One, after responding, discovers or acquires additional knowledge or information, Plaintiffs request that E-One serve amended or supplemental responses in accordance with Fed. R. Civ. P. 26(e), no more than thirty (30) days after E-One discovers or acquires such knowledge or information.

### DEFINITIONS

1.     Plaintiffs incorporate by reference the definitions in Pierce's First Set of Interrogatories to Defendant E-One.

2.      "E-One", "Defendant", "You," "Your," or "Yours" means E-One, Inc. and any of its present or former affiliates, predecessors, successors, subsidiaries (whether owned directly or indirectly), assigns, divisions and operating units thereof, employees, agents, representatives, directors, officers, and/or entities under common control with E-One, Inc.

3.      "Metro 100 Quint fire apparatus" means those fire apparatuses identified in E-One's Response to Interrogatory No. 1, and any supplementation and/or amendment to that response.

4.      "Redesigned Metro 100 Quint fire apparatus" means those Metro 100 quints with a horizontal reach of less than 90 feet, including without limitation those described in E-One's Response to Interrogatory No. 14, and any supplementation and/or amendment to that response.

**INSTRUCTIONS**

1.      Pursuant to Federal Rule of Civil Procedure 36(a), if You are not able to admit or deny any request for admission after making a reasonable inquiry and the information known or readily attainable by You is insufficient to enable You to admit or deny fully, so state and admit or deny to the extent possible, specifying Your inability to answer the remainder.

2.      If any part of any request for admission is objected to, You shall set forth the basis for Your objection and respond to all parts of the request to which You do not object, pursuant to Federal Rule of Civil Procedure 36(a).

3.      Unless context requires otherwise, use in these requests for admission of the singular shall include the plural and vice versa.

4.      To the extent the answer to any of these requests for admission is anything other than an unqualified "Admit," You shall set forth with specificity the basis for Your answer.

5.      If, in responding to these requests for admission, You encounter any ambiguity or vagueness in construing the request or any definition or instruction, set forth what You deem ambiguous and the construction chosen or used in responding to such request.

6.      Where a request for admission does not specifically request a particular fact(s) but where such fact(s) is necessary to make the answer(s) to the request either comprehensible or not misleading, You are requested to include such fact(s) as part of Your answer.

7.      If, after exercising due diligence to obtain the requested information, You cannot answer any of the following requests for admission in full, answer to the extent possible and specify what efforts You made to obtain the requested information and the reasons why You are unable to answer the remainder of the request.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that the Metro 100 Quint fire apparatus is a quint configuration fire apparatus.

**REQUEST FOR ADMISSION NO. 2:**

Admit that the Metro 100 Quint fire apparatus includes a chassis.

**REQUEST FOR ADMISSION NO. 3:**

Admit that the Metro 100 Quint fire apparatus includes a body assembly.

**REQUEST FOR ADMISSION NO. 38:**

Admit that the ladder assembly of the Metro 100 Quint fire apparatus may be placed in a rearward operating orientation position in which the ladder assembly extends away from the cab assembly.

**REQUEST FOR ADMISSION NO. 39:**

Admit that the ladder assembly of the Metro 100 Quint fire apparatus may be extended off the rear of the apparatus, away from the cab assembly.

**REQUEST FOR ADMISSION NO. 40:**

Admit that the ladder assembly of the Metro 100 Quint fire apparatus may be placed in a sideward operating orientation position in which the ladder assembly extends from a lateral side of the chassis.

**REQUEST FOR ADMISSION NO. 41:**

Admit that the ladder assembly of the Metro 100 Quint fire apparatus may be extended from a lateral side of the chassis.

**REQUEST FOR ADMISSION NO. 42:**

Admit that the plurality of extensible ladder sections of the ladder assembly of the Metro 100 Quint fire apparatus includes a first ladder section, a second ladder section, a third ladder section and a fourth ladder section.

**REQUEST FOR ADMISSION NO. 43:**

Admit that the ladder assembly of the Metro 100 Quint fire apparatus includes a distal end.

**REQUEST FOR ADMISSION NO. 44:**

Admit that the distal end of the ladder assembly of the Metro 100 Quint fire apparatus is extensible to the horizontal reach of at least 90 feet when the ladder assembly is oriented in the sideward position.

**REQUEST FOR ADMISSION NO. 45:**

Admit that the Metro 100 Quint fire apparatus includes at least one pair of outriggers.

**REQUEST FOR ADMISSION NO. 46:**

Admit that the Metro 100 Quint fire apparatus has one pair of outriggers coupled to the rear of the chassis.

**REQUEST FOR ADMISSION NO. 47:**

Admit that the Metro 100 Quint fire apparatus has one pair of outriggers coupled to the front of the chassis.

**REQUEST FOR ADMISSION NO. 48:**

Admit that the outriggers of the Metro 100 Quint fire apparatus are moveable between a fully extended position and a retracted positon.

**REQUEST FOR ADMISSION NO. 49:**

Admit that each pair of outriggers of the Metro 100 Quint fire apparatus protrude from opposing lateral sides of the chassis when in the fully extended position.

**REQUEST FOR ADMISSION NO. 50:**

Admit that the outriggers of the Metro 100 Quint fire apparatus each have contact pads.