UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PIERCE MANUFACTURING INC. and
OSHKOSH CORPORATION,

    Plaintiffs,

v.

Case No.: 8:18-cv-617-JSM-TGW

E-ONE, INC. and REV GROUP, INC.,

    Defendants.

## DECLARATION OF JUSTIN E. LOFFREDO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT THAT ALL ASSERTED PATENT CLAIMS ARE INVALID

I, Justin Loffredo, declare as follows:

1. I am an attorney with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Defendants E-One, Inc. and REV Group, Inc. in this case. I submit this declaration in support of Defendants' Motion for Summary Judgment that All Asserted Patent Claims are Invalid. I have attached hereto true and correct copies of the following documents as exhibits to my declaration:

    **Exhibit A.**    U.S. Patent No. 9,597,536

    **Exhibit B.**    U.S. Patent No. 9,814,915

    **Exhibit C.**    Excerpts from the transcript of the September 15, 2019 deposition of Dr. Thomas Kurfess.

    **Exhibit D.**    "Plaintiff Pierce Manufacturing Inc.'s Objections and Responses to Defendants' Second Set of Interrogatories," served on April 17, 2019.

    **Exhibit E.**    "Plaintiff Oshkosh Corporation's Objections and Responses to Defendants' Second Set of Interrogatories," served on April 17, 2019.

**Exhibit F.** Excerpts from the "Rebuttal Expert Report of Thomas R. Kurfess, Ph.D. Re: Validity of U.S. Patent Nos. 9,594,536 and 9,814,915," dated August 26, 2019. This exhibit contains information designated Highly Confidential - Outside Attorneys' Eyes Only and is being filed under seal in accordance with the protective order (Doc. 106) in this case.

**Exhibit G.** U.S. Patent No. 9,504,863, which issued from U.S. Patent Application No. 14/552,252

**Exhibit H.** U.S. Patent No. 9,580,960, which issued from U.S. Patent Application No. 15/089,137

**Exhibit I.** U.S. Patent No. 9,677,334, which issued from U.S. Patent Application No. 14/552,240

**Exhibit J.** U.S. Patent No. 9,580,962, which issued from U.S. Patent Application No. 14/552,293

**Exhibit K.** U.S. Patent No. 9,492,695, which issued from U.S. Patent Application No. 14/552, 283

**Exhibit L.** U.S. Patent No. 9,302,129, which issued from U.S. Patent Application No. 14/552,260

**Exhibit M.** U.S. Patent No. 9,579,530, which issued from U.S. Patent Application No. 14/552,275

**Exhibit N.** Image produced by Rosenbauer, marked RB003659

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on October 30, 2019.

_____
Justin E. Loffredo

Subscribed and sworn to before me, this 30th day of October, 2019.

_____
Signature of Notary Public

NOTARY PUBLIC

My commission expires: August 14, 2020

SHAMEKA N. MACKALL
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires August 14, 2020