UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PIERCE MANUFACTURING INC. and
OSHKOSH CORPORATION,

    Plaintiffs,

v.

E-ONE, INC. and REV GROUP, INC.,

    Defendants.

Case No.: 8:18-cv-617-JSM-TGW

### DECLARATION OF JOSEPH F. RAKOW, Ph.D., P.E., IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT THAT ALL ASSERTED PATENT CLAIMS ARE INVALID

I, Joseph F. Rakow, Ph.D., P.E., declare as follows:

1. I have been retained on behalf of E-ONE, INC. and REV GROUP, INC. to provide this Declaration relevant to the above-referenced matter. I am over 18 years of age, I have personal knowledge of the facts stated in this Declaration, and I could testify competently to them if asked to do so. I submit this declaration in support of Defendants' Motion for Summary Judgment that All Asserted Patent Claims are Invalid.

2. I have attached hereto true and correct copies of the following documents as exhibits to my declaration:

    **Exhibit 1.** My declaration, signed May 30, 2019, filed in this case on June 3, 2019 as Doc. 167-1, in support of Defendants' Motion to Dissolve the November 5, 2018 Preliminary Injunction (Doc. 167), providing my opinion that claim 20 of the '536 patent is anticipated by the Hinsdale Quint.

      **Exhibit 2.**    Excerpts from my Corrected Opening Expert Report, signed and served on Plaintiffs in this case on August 29, 2019, re: Invalidity of United States Patent No. 9,597,536 and United States Patent No. 9,814,915. These excerpts include paragraphs regarding my opinions that: the Hinsdale Quint anticipates claim 20 of the '536 patent (¶¶ 41-84); the Hinsdale Quint anticipates claims 1-7, 11-17, and 20 of the '915 patent (¶¶ 237-271); and all the asserted claims are invalid because they lack adequate written description support and are not enabled (¶¶ 354-368). Because my opinion that the Hinsdale Quint anticipates claims 1-7, 11-17, and 20 of the '915 patent incorporates by reference my analysis of those same claims of the '536 patent, these excerpts also include paragraphs with my analysis of claims 1-7 and 11-17 of the '536 patent based on the Hinsdale Quint combined with the knowledge of a PHOSITA and/or other quint prior art (¶¶ 85-143). This exhibit contains information designated Highly Confidential - Outside Attorneys' Eyes Only and is being filed under seal in accordance with the protective order (Doc. 106) in this case.

      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

      Executed on October 29, 2019.

                                                        Joseph F. Rakow

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**   CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  )
County of __San Mateo__  )

On __October 29, 2019__ before me, __Jade O. Dahl, Notary Public__,
_Date_                                       _Here Insert Name and Title of the Officer_

personally appeared __Joseph F. Rakow__
_Name(s) of Signer(s)_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Jade O. Dahl_
_Signature of Notary Public_

[Seal: JADE O. DAHL, Notary Public – California, San Mateo County, Commission # 2202654, My Comm. Expires Jul 21, 2021]

_Place Notary Seal Above_

———————— OPTIONAL ————————
_Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document._

**Description of Attached Document**
Title or Type of Document: __Declaration of Joseph F. Rakow__  Document Date: __10/29/19__
Number of Pages: __3__  Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____                              Signer's Name: _____
☐ Corporate Officer — Title(s): _____             ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General                   ☐ Partner — ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact              ☐ Individual      ☐ Attorney in Fact
☐ Trustee         ☐ Guardian or Conservator       ☐ Trustee         ☐ Guardian or Conservator
☐ Other: _____                                    ☐ Other: _____
Signer Is Representing: _____                     Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907