UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PIERCE MANUFACTURING INC. and
OSHKOSH CORPORATION,

    Plaintiffs,

v.                                    Case No.:  8:18-cv-617-JSM-TGW

E-ONE, INC. and REV GROUP, INC.,

    Defendants.

## DECLARATION OF SCOTT J. PIVNICK IN SUPPORT OF PLAINTIFFS' DAUBERT MOTION TO EXCLUDE THE TESTIMONY AND OPINIONS OF JOSEPH F. RAKOW, Ph.D.

I, Scott J. Pivnick, declare as follows:

1.     I am currently employed at Alston & Bird LLP as a Partner.

2.     I am one of the counsel of record for Plaintiffs Pierce Manufacturing Inc. and Oshkosh Corporation.

3.     Attached as Exhibit A is a true and correct copy of U.S. Patent No. 9,597,536, issued March 21, 2017, marked as Exhibit 4 at the deposition of W. Todd Schoettelkotte, taken September 19, 2019.

4.     Attached as Exhibit B is a true and correct copy of U.S. Patent No. 9,814,915, issued November 14, 2017, marked as Exhibit 5 at the deposition of W. Todd Schoettelkotte, taken September 19, 2019.

5. Attached as Exhibit C is a true and correct copy of excerpts of the transcript of the Claim Construction Hearing held February 13, 2019 before the Honorable James S. Moody, Jr.

6. Attached as Exhibit D is a true and correct copy of the August 29, 2019 Corrected Opening Expert Report of Dr. Joseph Rakow re: Invalidity of United States Patent No. 9,597,536 and United States Patent No. 9,814,915. This exhibit contains Highly Confidential – Outside Attorneys' Eyes Only information and is being filed under seal in accordance with the Protective Order (D.I. 106) in this case.

7. Exhibits E and F were intentionally omitted.

8. Attached as Exhibit G is a true and correct copy of a document titled, "Invalidity Claim Chart – Lenz and Other Prior Art," attached as Exhibit 6 to the Defendants' Amended Invalidity Contentions, served April 12, 2019.

9. Attached as Exhibit I is a true and correct copy of excerpts of the transcript of the deposition of Dr. Joseph Rakow, taken September 16, 2019. This exhibit contains Highly Confidential – Outside Attorneys' Eyes Only information and is being filed under seal in accordance with the Protective Order (D.I. 106) in this case.

10. Attached as Exhibit J is a true and correct copy of the August 26, 2019 Rebuttal Expert Report of Thomas R. Kurfess, Ph.D. re: Validity of U.S. Patent Nos. 9,597,536 and 9,814,915. This exhibit contains Highly Confidential – Outside Attorneys' Eyes Only information and is being filed under seal in accordance with the Protective Order (D.I. 106) in this case.

11. Attached as Exhibit K is a true and correct copy of excerpts of the transcript of the deposition of Alan Saulsbury, taken September 13, 2019. This transcript has been designated by Defendants as Highly Confidential – Outside Attorneys' Eyes Only information and is being filed under seal in accordance with the Protective Order (D.I. 106) in this case.

12. Attached as Exhibit L is a true and correct copy of a document titled, "Additional 200 Gallons of Water on Hinsdale Quint," served as an attachment to the September 25, 2019 email from Mira Yohannes to counsel for Plaintiffs. The cover email stated that the errata is Highly Confidential – Outside Attorneys' Eyes Only and so this document is being filed under seal in accordance with the Protective Order (D.I. 106) in this case.

13. Attached as Exhibit M is a true and correct copy of a document titled, "Calculation of Tip Load for Hinsdale Rosenbauer Truck, Ladder Extended to the Side," served as an attachment to the September 25, 2019 email from Mira Yohannes to counsel for Plaintiffs. This exhibit contains Highly Confidential – Outside Attorneys' Eyes Only information and is being filed under seal in accordance with the Protective Order (D.I. 106) in this case.

14. Attached as Exhibit N is a true and correct copy of excerpts of Plaintiff Pierce Manufacturing Inc.'s Objections and Responses to Defendant E-One, Inc.'s Second Set of Interrogatories, served October 22, 2018.

I declare under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of October, 2019.

                                                                             /s/ *Scott J. Pivnick*
                                                                              Scott J. Pivnick