UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL**

| CASE NO. 8:18-cv-617-T-30TGW | DATE: NOVEMBER 13, 2019 |
|---|---|

**Honorable THOMAS G. WILSON**

PIERCE MANUFACTURING, INC., *et al.*

-v-

E-ONE, INC., *et al.*

| | |
|---|---|
| Interpreter: N/A | Court Reporter: N/A |
| Time: 2:35-3:45 (Total time: 1 hr. 10 min.) | Courtroom 12A |
| Deputy Clerk: Dawn M. Saucier | Tape: Digital |

| | |
|---|---|
| Counsel for Plaintiffs: | Stephen Yang, Scott Pivnick, David Willis |
| Counsel for Defendants: | Justin Loffredo, Susan Tull, David Luikart |

**PROCEEDING: Plaintiffs Pierce Manufacturing Inc. and Oshkosh Corporation's Motion to Strike the September 25, 2019 "Errata" of Defendants' Expert Witness Dr. Joseph Rakow (Doc. S-238) and Defendants' Response in Opposition (Doc. S-247)**

Court convened.

Oral argument of the parties.

Motion to be denied; provided, however, that defendant's expert, Dr. Rakow, shall be made available to plaintiffs for deposition on Affidavit Exhibits 8, 9 and 10 on or before December 15, 2019. Deposition shall be limited to five hours.

Court adjourned.